AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 25, 2022

SEAN F. McAVOY, CLERK

Jeanine Hundley Long

)
)

*Plaintiff*

)

v.

)

CHELAN COUNTY PUBLIC WORKS, ANDREW
BRUNNER, ERIC PIERSON, and KEVIN & SANDRA
L. BOWEN TRUST

)
)

Civil Action No.   2:20-cv-00357-SMJ

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Defendant's Motion for Summary Judgment (ECF No. 87) is GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   SALVADOR MENDOZA, JR. _____   on a motion for

summary judgment.

Date:   7/25/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Brian Molony _____

*(By) Deputy Clerk*

Brian Molony _____